86 So.2d 841

**John W. HERROD**

v.

**STATE.**

8 Div. 867.

Supreme Court of Alabama.

April 12, 1956.

Matt H. Murphy, Jr., Birmingham, for petitioner.

John Patterson, Atty. Gen., and Wm. H. Sanders, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of John W. Herrod for certiorari to the Court of Appeals 'to review and revise the judgment and decision of that Court in Herrod v. State, 86 So.2d 839.

Petition dismissed, motion of petitioner.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.